JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

STACEY P. GEIS (CSBN 181444)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7126
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BAI LIN HUANG <br><br> Defendant. | No. CR 09-0473 JSW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER DOCUMENTING EXCLUSION OF TIME |

With the agreement of the parties in open court on June 4, 2009 and with the consent of the defendant Bai Lin Huang ("defendant"), the Court enters this order 1) ordering the next appearance in front of this Court on June 25, 2009 at 2:30 p.m., and 2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 4, 2009 to June 25, 2009. The parties agree, and the Court finds and holds, as follows:

///

[~~PROPOSED~~] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 09-0473 JSW]

1. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, excluding time until June 25, 2009 is necessary for effective preparation of counsel and for continuity of counsel. See 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Counsel for the defendant just received discovery from the government and needs time to review the materials and discuss it with his client. Accordingly, the Court finds that the ends of justice served by excluding the period from June 4, 2009 to June 25, 2009, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

2. Accordingly, and with the consent of the defendant, the Court orders that 1) defendant shall make his next appearance in front of this Court on June 25, 2009 at 2:30 p.m., and 2) the period from June 4, 2009 to June 25, 2009 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161 (h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED:_____6/4/2009__                    _____/s/_____
                                          Richard Mazer, Esq.
                                          Attorney for Bai Lin Huang

DATED: ____6/4/2009__                    _____/s/_____
                                          Stacey P. Geis
                                          Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: June 5, 2009_____-              _____[signature]_____
                                          The Honorable Jeffrey S. White
                                          United States District Judge

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 09-0473 JSW]           -2-